UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

L<small>ACARO</small> R<small>OQUE</small>,

   Petitioner,

v.

R<small>ANDALL</small> H<small>AAS</small>,

   Respondent.
             /

Case No.  08-13373

S<small>ENIOR</small> U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

M<small>AGISTRATE</small> J<small>UDGE</small> P<small>AUL</small> J. K<small>OMIVES</small>

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [39]

Now before the court is the Magistrate Judge's Report and Recommendation ("R&R") [39], entered on June 26, 2013, recommending the Court deny Petitioner's application for the writ of habeas corpus and deny Petitioner a certificate of appealability.

No objection to the Report and Recommendation [39] was filed.  The Court has reviewed the record in this case.

The Report and Recommendation [39] of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

 Accordingly,

**IT IS ORDERED** that Petitioner's application for the writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a certificate of appealability.

**SO ORDERED**.

                                        s/Arthur J. Tarnow
                                        ARTHUR J. TARNOW
                                        SENIOR U.S. DISTRICT JUDGE

Dated: July 31, 2013

---

### CERTIFICATE OF SERVICE

      I hereby certify on July 31, 2013 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on July 31, 2013: **Lacaro Roque.**

                                        s/Michael E. Lang
                                        Deputy Clerk to
                                        District Judge Arthur J. Tarnow
                                        (313) 234-5182